FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACINTA J.,<br><br>                Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | NO: 4:22-CV-5048-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 11. Plaintiff Jacinta J.[1] is represented by attorney Chad Hatfield. The Commissioner of Social Security is represented by Special Assistant United States Attorney Heidi L. Triesch.

After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 11**, is **GRANTED**. Pursuant to the parties'

---

[1] The Court uses Plaintiff's first name and last initial to protect his privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

stipulation, the Commissioner's final decision is **reversed and remanded** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand the Commissioner will instruct the Administrative Law Judge ("ALJ") to provide Plaintiff a new hearing and issue a new decision.  *See* ECF No. 11-1 at 1–2.  The ALJ will reevaluate Plaintiff's impairments; re-evaluate the medical opinions and prior administrative medical findings; re-evaluate Plaintiff's alleged symptoms; as warranted, re-evaluate Plaintiff's maximum residual functional capacity; if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; and take any further action needed to complete the administrative record.  *See* ECF No. 11-1.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 10**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** October 14, 2022.

                        *s/ Rosanna Malouf Peterson*
                        ROSANNA MALOUF PETERSON
                        Senior United States District Judge